UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN CONTRERAS, ) | Case No. 2:12-cv-00339-LDG-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On August 21, 2015, the district judge granted the parties' stipulation to reopen this case. See Doc. # 20. Thereafter, this Court entered a scheduling order that, among others, directed Plaintiff to file a motion to remand within thirty days of the filing of the scheduling order. See Doc. # 23. A review of the record reveals that the last activity in this case was over seven months ago when Defendant filed a sealed copy of the administrative record. See Doc. # 24. Nothing has been filed on the record since that time. As such, the Court now directs Plaintiff to show cause why the Court should not impose sanctions, up to and including a recommendation that this case be dismissed, for failing to comply with this Court's order.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall **show cause in writing** why she should not be sanctioned, up to and including a recommendation that this case be dismissed, for failing to comply with this Court's order. The show cause brief shall be filed by **Tuesday, May 17, 2016**.

**IT IS FURTHER ORDERED** that Plaintiff shall appear before this Court on **Monday, May 23, 2016 at 9:00 a.m.** in Courtroom 3C, Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard

South, Las Vegas, Nevada, and show cause why the Court should not impose sanctions, up to and including dismissal of this case, for failing to comply with this Court's order.

**IT IS FURTHER ORDERED THAT, ABSENT A COURT ORDER, THE FAILURE TO FILE A SHOW CAUSE BRIEF AND/OR TO APPEAR AT THE MAY 23, 2016 SHOW CAUSE HEARING WILL RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.**

DATED: April 26, 2016

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**